JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE SPRINGS XTREME POWERSPORTS, INC., a Missouri corporation; CHAD J. FRANKLIN, an individual; and TIFFANY A. FRANKLIN, an individual<br><br>Defendants. | Case No. SACV 09-01160 AG (MLGx)<br><br>**JUDGMENT**<br><br>Action Filed: October 8, 2009<br>Judge: Hon. Andrew Guilford<br><br>Date: March 22, 2010<br>Time: 10:00 a.m.<br>Courtroom: 10D |

The Application of Plaintiff KAWASAKI MOTORS FINANCE CORPORATION for the entry of Default Judgment as to Defendants, BLUE SPRINGS XTREME POWERSPORTS, INC., a Missouri corporation, CHAD J. FRANKLIN, an individual, and TIFFANY A. FRANKLIN, an individual, came on for duly noticed hearing on March 22, 2010 at 10:00 a.m. before the Honorable Andrew Guilford, United States District Judge. The Court having found that the entry of a default and a default judgment is appropriate.

-1-
JUDGMENT

1  IT IS HEREBY ORDERED AND ADJUDGED:

2  1.  Judgment in this case is granted in favor of the Plaintiff, KAWASAKI MOTORS FINANCE CORPORATION, and against Defendants, BLUE SPRINGS XTREME POWERSPORTS, INC., a Missouri corporation, CHAD J. FRANKLIN, an individual, and TIFFANY A. FRANKLIN, an individual (collectively referred to as "Defendants"), as follows:

   a.  Defendants, and each of them, shall pay Plaintiff, KAWASAKI MOTORS FINANCE CORPORATION, the total default judgment sum of ~~$204,841.78~~ $189,659.31.

DATED: MARCH 22, 2010

Honorable Andrew Guilford
United States District Court Judge

*186901.doc*